IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br>                          Plaintiffs, <br>  v. <br><br>JOHNSON SITE WORK, INC., an Illinois corporation, BLAIR JOHNSON EXCAVATING, INC., a dissolved Illinois Corporation, and DAVID JOHNSON, as an individual, <br><br>                          Defendants. | Case no. 23 C 16943 <br><br>Judge: Martha M. Pacold <br><br>Magistrate Judge: Fuentes |

## AGREED JUDGMENT ORDER

NOW COMES, Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health & Welfare Fund, and Catherine Wenskus, not individually but as Administrator of the Funds, (collectively herein the "Funds"), by and through their attorney, Sara S. Schumann, and Defendants Johnson Site Work, Inc., Blair Johnson Excavating, Inc., and David Johnson, individually, by and through their attorney, Todd A. Miller of Allocco, Miller & Cahill, P.C., and hereby agree to judgment, covering the total amounts found owed pursuant to the Parties' Settlement Agreement and Installment Note, covering the period of August 1, 2012 through November 30, 2022, and the Court having been fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1

Judgment is hereby entered in favor of the Plaintiffs the Funds and against Defendants Johnson Site Work, Inc., David Johnson, individually, and Blair Johnson Excavating, Inc., jointly and severally in the total amount of **$330,553.40.**

ENTERED:

/s/ Martha M. Pacold
The Honorable Martha M. Pacold
United States District Court Judge

Dated: September 18, 2025